# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DULCINIA PADILLA,

    Plaintiff,

v.                                                         CV No. 19-935 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant Commissioner's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 16), filed April 9, 2020. In the Motion, Defendant requests a 30-day extension to file his Response to Plaintiff's *Motion to Reverse and Remand*, (Doc. 15). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be GRANTED.

**IT IS THEREFORE ORDERED** that Defendant shall have until May 11, 2020, to file a response to Plaintiff's Motion to Reverse and Remand, and Plaintiff shall have until May 25, 2020, to file a reply in support of the motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE